## File Hashes for IP Address 71.57.77.253

**ISP:** Comcast Cable
**Physical Location:** Batavia, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/24/2015 03:13:20 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 01/24/2015 02:38:50 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 11/29/2014 12:29:16 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 11/29/2014 06:57:55 | 0369B38384B3F38F866638C3BA366BEF6A499813 | Fuck Me More |
| 11/29/2014 03:57:35 | 5D11DD2AD557DB58C2E9F90507DF779F437CF56F | Light My Fire |
| 11/22/2014 03:09:15 | D9046521A4B86577B67EE1C6AEE0FF29878384FB | A Cloudy Hot Day |
| 11/15/2014 16:25:14 | 465226AEB68D1C06A267460BF10EB922474B246B | Luminated Emotions |
| 11/15/2014 16:18:13 | 76E219579F50DB883BF3EF4371EB5FCD73F4BD82 | Sunset Memories |
| 09/21/2014 18:39:55 | CDFC3778C75651730E9FEBEA7CEDFD5632A85C00 | Hot Bath For Two |
| 09/21/2014 16:29:00 | 4347035FC6C9FA7A578076E647510B88C6E171FD | Fun For Three |
| 09/17/2014 03:20:17 | CEDC2371B911D577608FE9F85B71CD35B9D5C691 | Bedtime Hijinks |
| 09/13/2014 01:47:07 | FE385D37277FD7A6B05F933044E58FD3EFC6F51B | Tiffanys Tight Ass |
| 09/13/2014 00:50:27 | 37BF8BF13E2C577F8D39FE78E3785AB3353AAA76 | Lisas Hidden Cam |
| 09/13/2014 00:16:11 | 1F05F301B463146B2298235B09A99B5A58C59148 | Smarty Pants |
| 08/23/2014 04:23:06 | 7C55DBC925A29376A87609071B3575E14DB39730 | A Dream Of You |
| 08/23/2014 04:00:41 | 763C808429C2A16C4B37CFCE51479A38EA626646 | In the Blind |
| 08/23/2014 03:55:42 | F2C31D746727F8EF7490279D9C706F44EF8949B7 | For Your Eyes Only |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

NIL497